UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*

DANIEL MCCORMACK, ESQ.
403 SOUTH WHITE HORSE PIKE
AUDUBON, NJ 08106
856-546-3999
DM 2063
ATTORNEY FOR DEBTOR

**Order Filed on March 13, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:
*[Enter the debtor's name(s)]*

JOHN J. EICHMANN

Case No.: 17-29583
*[Enter the case number]*

Chapter: 13
*[Enter the case number]*

Hearing Date: MARCH 20, 2018
*[Enter the hearing date]*

Judge: POSLUSNY
*[Enter the Judge's last name]*

**ORDER GRANTING** MOTION TO APPLY THE CO-DEBTOR STAY TO THE CLAIM OF THE
*[Enter the relief sought]*
STATE OF NEW JERSEY AGAINST JOHN J. EICHMANN, PA

The relief set forth on the following pages, numbered two (2) through *[enter the number of the last page of this Order]* _____ is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: March 13, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having reviewed the movant's *[Enter the title of the motion]* MOTION TO APPLY THE CO-DEBTOR STAY TO THE CLAIM OF  , and any related responses or objections, it is hereby    THE STATE OF NEW JERSEY AGAINST JOHN J. EICHMANN, PA

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*  THE CO-DEBTOR STAY IS APPLIED THE CLAIM BY THE STATE OF NEW JERSEY AGAINST JOHN J. EICHMANN, PA.

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*  THAT CLAIM MAY BE PAID THROUGH THIS CHAPTER 13 PLAN.

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*