UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
[Enter your name, address and phone number]

DANIEL MCCORMACK, ESQ.
403 SOUTH WHITE HORSE PIKE
AUDUBON, NJ 08106
856-546-3999
DM 2063
ATTORNEY FOR DEBTOR

Order Filed on March 13, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:
[Enter the debtor's name(s)]

JOHN J. EICHMANN

Case No.: 17-29583
[Enter the case number]

Chapter: 13
[Enter the case number]

Hearing Date: MARCH 20, 2018
[Enter the hearing date]

Judge: POSLUSNY
[Enter the Judge's last name]

ORDER GRANTING MOTION TO APPLY THE CO-DEBTOR STAY TO THE CLAIM OF THE
[Enter the relief sought]
STATE OF NEW JERSEY AGAINST JOHN J. EICHMANN, PA

The relief set forth on the following pages, numbered two (2) through [enter the number of the last page of this Order] _____ is **ORDERED**.

[Leave the rest of this page blank]

**DATED: March 13, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having reviewed the movant's *[Enter the title of the motion]* MOTION TO APPLY THE CO-DEBTOR STAY TO THE CLAIM OF , and any related responses or objections, it is hereby    THE STATE OF NEW JERSEY AGAINST JOHN J. EICHMANN, PA

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*  THE CO-DEBTOR STAY IS APPLIED THE CLAIM BY THE STATE OF NEW JERSEY AGAINST JOHN J. EICHMANN, PA.

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*  THAT CLAIM MAY BE PAID THROUGH THIS CHAPTER 13 PLAN.

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*

```
                          United States Bankruptcy Court
                               District of New Jersey
```

```
In re:                                                        Case No. 17-29583-JNP
JOHN J. EICHMANN                                              Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1         User: admin             Page 1 of 1         Date Rcvd: Mar 13, 2018
                             Form ID: pdf903         Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.
db             +JOHN J. EICHMANN,    55 EAST OAK AVE.,   Moorestown, NJ 08057-2537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:
              Daniel   McCormack    on behalf of Debtor JOHN J. EICHMANN d.mccormacklaw@verizon.net
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Frank J Martone    on behalf of Creditor    PNC Bank National Association bky@martonelaw.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```