| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | JOHN J. EICHMANN <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3832 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–29583–JNP | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   JOHN J. EICHMANN

<u>2/15/23</u>                                            **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-29583-JNP
JOHN J. EICHMANN                                                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                                       Page 1 of 3
Date Rcvd: Feb 15, 2023                     Form ID: 3180W                                    Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JOHN J. EICHMANN, 55 EAST OAK AVE., Moorestown, NJ 08057-2537 |
| 517089077 | | CITICARDS CBNA, POB, Sioux Falls, SD 57117 |
| 517089080 | + | DITECH FINANCIAL LLC, PO BOX 7169, Pasadena, CA 91109-7169 |
| 517268929 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517089081 | + | JACQUELINE EICHMANN, 55 EAST OAK AVE., Moorestown, NJ 08057-2537 |
| 517089084 | + | JOHN EICHMANN, PC, 212 HADDON AVE., Collingswood, NJ 08108-1124 |
| 517089091 | | NEW JERSEY DIVISION OF TAXATION, REVENUE PROCESSING CENTER, CORPORATION BUSINESS TAX, PO BOX 257, Trenton, NJ 08646-0257 |
| 517089093 | + | PNC BANK, PO BOX 747032, Pittsburgh, PA 15274-7032 |
| 517184117 | | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 15 2023 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 15 2023 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 15 2023 20:42:00 | LoanCare, LLC, RAS Crane, LLC, 10700 Abbott'Bridge s Road, Suite 170, Duluth, GA 30097-8461 |
| 517089070 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 15 2023 20:43:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517110797 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 15 2023 20:43:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517089073 | + | EDI: BANKAMER.COM | Feb 16 2023 01:39:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517258683 | + | EDI: BANKAMER2.COM | Feb 16 2023 01:39:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517089076 | | EDI: CITICORP.COM | Feb 16 2023 01:39:00 | CITIBUSINESS CARDS, PO BOX 9001037, Louisville, KY 40290-1037 |
| 517089075 | + | EDI: CITICORP.COM | Feb 16 2023 01:39:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517290140 | + | EDI: CITICORP.COM | Feb 16 2023 01:39:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518102232 | + | EDI: CITICORP.COM | Feb 16 2023 01:39:00 | Citibank, NA, 6716 Grade Ln Blg 9, STE 910-PY Dept, Louisville, KY 40213-3410 |

Case 17-29583-JNP    Doc 64    Filed 02/17/23    Entered 02/18/23 00:14:33    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 15, 2023 | Form ID: 3180W | Total Noticed: 39 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517089099 | + | EDI: CITICORP.COM | Feb 16 2023 01:39:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517113425 | | EDI: DISCOVER.COM | Feb 16 2023 01:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517089079 | + | EDI: DISCOVER.COM | Feb 16 2023 01:39:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517089078 | | EDI: IRS.COM | Feb 16 2023 01:39:00 | DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, PO BOX 9052, Andover, MA 01810 |
| 517089074 | | EDI: JPMORGANCHASE | Feb 16 2023 01:39:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518268889 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 15 2023 20:43:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 518268890 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 15 2023 20:43:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450, LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 517089092 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 15 2023 20:42:00 | PNC, PO BOX 856177, Louisville, KY 40285-6177 |
| 517089094 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 15 2023 20:42:00 | PNC BANK, PO BOX 856177, Louisville, KY 40285-6177 |
| 517167273 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 15 2023 20:42:00 | PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45322 |
| 517259509 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 15 2023 20:42:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 517089095 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 15 2023 20:42:00 | PNC MORTGAGE, PO BOX 8703, Dayton, OH 45401 |
| 517280969 | | EDI: PRA.COM | Feb 16 2023 01:39:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 517281916 | | EDI: Q3G.COM | Feb 16 2023 01:39:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517240540 | + | EDI: CITICORP.COM | Feb 16 2023 01:39:00 | STAPLES CREDIT PLAN, DEPT. 51 - 7816202971, PO BOX 78004, PHOENIX, AZ 85062-8004 |
| 517089096 | + | EDI: RMSC.COM | Feb 16 2023 01:39:00 | Syncb/care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517292071 | + | EDI: RMSC.COM | Feb 16 2023 01:39:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517089097 | + | EDI: RMSC.COM | Feb 16 2023 01:39:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517089098 | + | EDI: RMSC.COM | Feb 16 2023 01:39:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517089071 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, AMERICAN HONDA FINANCE, PO BOX 168088, Irving, TX 75016 |
| 517089072 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, AMERICAN HONDA FINANCE, PO BOX 168088, Irving, TX 75016 |

Case 17-29583-JNP    Doc 64    Filed 02/17/23    Entered 02/18/23 00:14:33    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 15, 2023 | Form ID: 3180W | Total Noticed: 39 |

| 517089082 | *+ | JACQUELINE EICHMANN, 55 EAST OAK AVE., Moorestown, NJ 08057-2537 |
| 517089083 | *+ | JACQUELINE EICHMANN, 55 EAST OAK AVE., Moorestown, NJ 08057-2537 |
| 517089085 | *+ | JOHN EICHMANN, PC, 212 HADDON AVE., Collingswood, NJ 08108-1124 |
| 517089086 | *+ | JOHN EICHMANN, PC, 212 HADDON AVE., Collingswood, NJ 08108-1124 |
| 517089087 | *+ | JOHN EICHMANN, PC, 212 HADDON AVE., Collingswood, NJ 08108-1124 |
| 517089088 | *+ | JOHN EICHMANN, PC, 212 HADDON AVE., Collingswood, NJ 08108-1124 |
| 517089089 | *+ | JOHN EICHMANN, PC, 212 HADDON AVE., Collingswood, NJ 08108-1124 |
| 517089090 | *+ | JOHN EICHMANN, PC, 212 HADDON AVE., Collingswood, NJ 08108-1124 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2023         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christian Del Toro | on behalf of Creditor PNC Bank National Association cdeltoro@cdeltorolaw.com  bky@martonelaw.com |
| Daniel McCormack | on behalf of Debtor JOHN J. EICHMANN d.mccormacklaw@verizon.net |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC Bank National Association bky@martonelaw.com  Bky@martonelaw.com |
| Frank J Martone | on behalf of Creditor PNC Bank National Association bky@martonelaw.com |
| Harold N. Kaplan | on behalf of Creditor LoanCare LLC hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@blankrome.com  bkgroup@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor LoanCare LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Sindi Mncina | on behalf of Creditor LoanCare LLC smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12